**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Begay,<br><br>             Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>             Defendants. | No. CV-20-00150-TUC-DCB (MSA)<br><br>**ORDER** |

Pursuant to the Rules of Practice of the United States District Court District of Arizona (Local Rules), LRCiv. 72,

**IT IS ORDERED** that this action is referred to Magistrate Judge Maria S. Aguilera for all pretrial proceedings and Report and Recommendation in accordance with 28 U.S.C. 636(b)(1).

**IT IS FURTHER ORDERED** that all future filings in this case shall be designated, as follows: CV 20-150 TUC DCB (MSA).

**IT IS FURTHER ORDERED** that counsel shall note that the initials in the case caption are extremely important because they determine routing to the proper court of all documents filed in this action.

Dated this 15th day of May, 2020.

Honorable David C. Bury
United States District Judge