**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Begay, | No. CV-20-00150-TUC-DCB (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, et al., | |
| Defendants. | |

This matter is before the court on the Stipulation filed by Plaintiff Michelle Begay and Defendant Experian Information Solutions, Inc. seeking the dismissal with prejudice of Plaintiff's claims against Defendant Experian Information Solutions, Inc. pursuant to Fed. R. Civ. P. § 41. The Court finding good cause,

**Accordingly,**

**IT IS ORDERED** that pursuant to the Stipulation (Doc. 68), all claims and causes of action asserted by Plaintiff against Defendant Experian Information Solutions, Inc. are DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 12th day of May, 2021.

Honorable David C. Bury
United States District Judge